```
SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN:236587)
DOW W. PATTEN, ESQ. (SBN: 135931)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorneys for Plaintiff
RAUL BONILLAS
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BONILLAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AIR LINES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 4:12-cv-06574-SBA<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING REPLY DATE AND AND HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

The parties, through their counsel of record herein, hereby stipulate, at Plaintiff's request, to the following extended briefing schedule for Plaintiff's Reply in Support of Plaintiff's Motion for Summary Adjudication of Affirmative Defenses, and at Defendant's request continue the hearing on Plaintiff's Motion for Summary Adjudication of Affirmative Defenses to coordinate with the hearing on Defendant's Motion for Summary Judgment so they are heard on the same date:

|                    | **Current Date** | **Proposed Date** |
|--------------------|------------------|-------------------|
| Plaintiff's Reply: | April 1, 2014    | April 8, 2014     |
| Hearing:           | April 15, 2014   | April 29, 2014    |

SO STIPULATED,

Dated: March 31, 2014                               Respectfully submitted,
                                                    SMITH PATTEN

                                                    _____/s/_____
                                                    Dow W. Patten, Esq.
                                                    Spencer F. Smith, Esq.
                                                    Attorneys for Plaintiff Bonillas


Dated: March 31, 2014                               MILLER LAW GROUP

                                                    _____/s/_____
                                                    Tracy Thompson
                                                    Attorneys for Defendant
                                                    United Airlines, Inc.
                                                    (f.k.a. United Air Lines, Inc.)

Based upon the Stipulation of the parties, and good cause appearing, it is SO ORDERED.

Dated:   4/1/2014                                   _____
                                                    Hon. Saundra B. Armstrong
                                                    U.S. District Judge