IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BONILLAS, | No. C -12-06574 SBA (EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| UNITED AIR LINES INC, | |
| Defendant. | |

The Court is in receipt of the parties' proposed orders regarding Plaintiff's Motion to Compel Document Production and Interrogatory Answers.  The parties have a dispute as to production of documents in response to Requests for Production of Documents numbers 7 and 11.  The number of positions for which Plaintiff still seeks documents relating to the Talent and Selection hiring process is excessive, but it is unclear whether documents regarding a few additional positions beyond the three identified by Defendant is justified.  The parties shall file a joint letter setting forth no more than three additional positions.  The joint letter shall be filed no later than April 7, 2014 and shall not exceed five pages.  The letter shall contain each party's position as to why documents regarding any positions beyond the three identified by Defendant are or are not relevant.

**IT IS SO ORDERED.**

Dated: April 1, 2014

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge