Tracy Thompson (SBN 88173)
 *tt@millerlawgroup.com*
Mary L. Guilfoyle (SBN 143308)
 *mlg@millerlawgroup.com*
Jennifer Cotner (SBN 255785)
 *jrc@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
UNITED AIRLINES, INC.
(f/k/a United Air Lines, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BONILLAS, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED AIR LINES, INC. and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 4:12-cv-06574-SBA (EDL)<br><br>**[PROPOSED]** ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF DEFENDANT UNITED AIRLINES, INC., F/K/A UNITED AIR LINES, INC., OR, IN THE ALTERNATIVE, FOR RULE 37(d)(3) SANCTIONS AGAINST DEFENDANT UNITED AIRLINES, INC.<br><br>Date:　　　March 25, 2014<br>Time:　　　9:00 a.m.<br>Courtroom:　E<br><br>Complaint filed: December 31, 2012<br>Trial Date: June 23, 2014 |

The Motion of Plaintiff Raul Bonillas to Compel Deposition of Defendant United Airlines, Inc., F/K/A United Air Lines, Inc., or, in the alternative, for Rule 37(d)(3) Sanctions Against Defendant United Airlines, Inc. (the "Motion"), came on regularly for hearing before this Court on March 25, 2014, in Courtroom E of the United States District Court for the Northern District of California, the Honorable Elizabeth D. Laporte presiding. Tracy Thompson and Jennifer Cotner of Miller Law Group, a Professional Corporation, appeared on behalf of Defendant United Airlines, Inc. Spencer Smith and Dow W. Patten of the firm of Smith Patten appeared on behalf of Plaintiff Raul Bonillas.

The Court, having read and considered all of the papers filed in support of and in opposition to the Motion and having heard argument of counsel, **HEREBY ORDERS** that Plaintiff's Motion is **DENIED** in its entirety.

**IT IS SO ORDERED.**

Dated: April 1, 2014

_____
Hon. Elizabeth D. Laporte
UNITED STATES DISTRICT JUDGE

4850-8068-9433, v. 1

1

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DOCUMENT DEPOSITION OF DEFENDANT UNITED AIRLINES, INC. – Case No.: 4:12-cv-06574-SBA**