1  Tracy Thompson (SBN 88173)
    *tt@millerlawgroup.com*
2  Mary L. Guilfoyle (SBN 143308)
    *mlg@millerlawgroup.com*
3  Jennifer Cotner (SBN 255785)
    *jrc@millerlawgroup.com*
4  MILLER LAW GROUP
   A Professional Corporation
5  111 Sutter Street, Suite 700
   San Francisco, CA 94104
6  Tel. (415) 464-4300
7  Fax (415) 464-4336

8  Attorneys for Defendant
   UNITED AIRLINES, INC.
9  (f/k/a United Air Lines, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BONILLAS, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED AIR LINES, INC. and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: 4:12-cv-06574-SBA (EDL)<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SANCTIONS FOR DISCOVERY ABUSE** AS MODIFIED<br><br>Date: March 25, 2014<br>Time: 9:00 a.m.<br>Ctrm: E<br><br>Complaint filed: December 31, 2012<br>Trial Date: June 23, 2014 |

1  Defendant's Motion for Sanctions for Discovery Abuse came on regularly for
2 hearing in Courtroom E of this Court at 9:00 a.m. on March 25, 2014, the Honorable Elizabeth
3 Laporte presiding.  Tracy Thompson and Jennifer Cotner of Miller Law Group appeared on
4 behalf of Defendant, and Spencer Smith and Dow Patten of Smith Patten appeared on behalf
5 of Plaintiff.

7  The Court, having read the papers in support of and in opposition to the Motion
8 and having heard the argument of counsel, and good cause appearing, HEREBY ORDERS
9 THAT:

11  The law firm of Smith Patten shall pay sanctions to Defendant in the amount of
12 $9,827.10 for its reasonable attorneys' fees and expenses incurred in filing its
13 Motion to Compel the Deposition of Plaintiff and the Production of Agreed Upon
14 Documents. The Court finds that the actions of Smith Patten in failing and
15 refusing to cooperate with Defendant in the timely scheduling of Plaintiff's
16 deposition and in producing documents and ESI were without substantial
17 justification.  Payment shall be hand-delivered to Defendant's counsel within ~~ten~~
18 thirty (30) ~~(10)~~ days of the date of this Order.  The obligation imposed by this Order is
19 directed solely to counsel, and may not be transferred to Plaintiff.

21  Except as otherwise specifically ordered, Defendant's Motion for Sanctions is
22 DENIED.

24 IT IS SO ORDERED.

25
26 Dated: _April 1_____, 2014        _[signature: Elizabeth D. Laporte]_____
                                        Honorable Elizabeth D. Laporte
27 4835-5874-5369, v. 1                 United States District Magistrate Judge

28

1

**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SANCTIONS**
**Case No.: 4:12-cv-06574-SBA**