SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN:236587)
DOW W. PATTEN, ESQ. (SBN: 135931)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorneys for Plaintiff
RAUL BONILLAS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BONILLAS, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED AIR LINES, INC., and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 4:12-cv-06574-SBA  (EDL)<br><br>**PLAINTIFF'S [PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL DOCUMENT PRODUCTION AND INTERROGATORY ANSWERS** AS MODIFIED<br><br>**Date**:　March 25, 2014<br>**Time**:　9:00 a.m.<br>**Location**:　San Francisco Courthouse<br>　　　　　Courtroom E - 15th Floor<br>　　　　　450 Golden Gate Avenue,<br>　　　　　San Francisco, CA 94102 |

　　　Plaintiff Raul Bonillas' Motion to Compel Document Production and Interrogatory Answers ("Motion") came on regularly for hearing before this Court on March 25, 2014, in Courtroom E of the United States District Court for the Northern District of California, the Honorable Elizabeth D. Laporte presiding.  Tracy Thompson and Jennifer Cotner of Miller Law Group, a Professional Corporation, appeared on behalf of Defendant United Airlines, Inc.  Spencer Smith and Dow W. Patten of Smith Patten appeared on behalf of Plaintiff.

　　　The Court, having read and considered, all papers in support of and in opposition to the Motion, and the argument of counsel, and good cause appearing, HEREBY ORDERS that Plaintiff's Motion is DENIED IN PART and GRANTED IN PART, as follows.

1.   Plaintiff's Motion to Compel an answer to his Interrogatory No. 2 is DENIED.

2.   Plaintiff's Motion to Compel further document production in response to his Requests for Production, Nos. 2 and 6, is DENIED.

3.   Plaintiff's Motion to Compel further document production in response to his Requests for Production, Nos. 7 and 11, is GRANTED IN PART, as follows:  Defendant will produce documents related to the Talent and Selection hiring process as to ~~the  same level mechanic supervisor positions as Plaintiff at Defendant's SFO Maintenance facility; specifically, including Supervisor of Aircraft Maintenance, Component Maintenance, Tooling Maintenance, Landing Gear Maintenance, and Engine, and as represented in United/Bonillas-004068 mechanic supervisors under Shannon Wagner in (1) Avionics/Electrical/Landing Gear (15 positions); (2) Composites/Sheet Metal/Tire Shop (6 positions); (3) Component Overhaul and repair (14 positions); and further the mechanic supervisor positions in Tooling Maintenance and Engine Maintenance~~ *Employee Nos. 31, 33, and 3 as listed on deft. spreadsheet (Bates No. 003925).*  Specifically, Defendant will produce, for those positions, all applicant tracking logs, EEO data, and email correspondence concerning the Talent Selection process as applied to those positions. *subject to the redaction of identifying information as to the applicants for those positions,*

4.   Defendant is further ordered to produce, to the extent not already produced, job applications (similar in form to the document Bates stamped as United-Bonillas-002403-002409), for each of the individuals who applied for one of the supervisor positions set forth in Paragraph 3 above in 2011. *Subject to redaction of personal identifying information.*

These documents shall be produced within 15 days of the date of entry of this Order, unless extended by agreement of the parties.

IT IS SO ORDERED.

Dated: April 10, 2014



IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte