Tracy Thompson (SBN 88173)
  *tt@millerlawgroup.com*
Mary L. Guilfoyle (SBN 143308)
  *mlg@millerlawgroup.com*
Jennifer Cotner (SBN 255785)
  *jrc@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
UNITED AIRLINES, INC.
(f/k/a United Air Lines, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BONILLAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIR LINES, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 4:12-cv-06574-SBA (EDL)<br><br>**ERRATA TO TRANSCRIPT OF PROCEEDINGS ON MARCH 25, 2014**<br><br>Complaint filed:  December 31, 2012<br>Trial Date: June 23, 2014 |

Defendant UNTIED AIRLINES, INC., herby submits the following errata to the transcript of the proceedings before the Court on March 25, 2014:

| Page/Line | Correction: |
|---|---|
| 3:14 | Change "Thompson" to "Cotner" |
| 3:17 | Change "Thompson" to "Cotner" |

1
**ERRATA TO TRANSCRIPT OF PROCEEDINGS ON MARCH 25, 2014**
**Case No.: 4:12-cv-06574-SBA**

| | |
|---|---|
| 4:12 | Change "Thompson" to "Cotner" |
| 5:18 | Change "Thompson" to "Cotner" |
| 5:21 | Change "Thompson" to "Cotner" |
| 6:21 | Change "Thompson" to "Cotner" |
| 7:4 | Change "Thompson" to "Cotner" |
| 7:8 | Change "Thompson" to "Cotner" |
| 7:12 | Change "Thompson" to "Cotner" |
| 7:18 | Change "Thompson" to "Cotner" |
| 7:21 | Change "Thompson" to "Cotner" |
| 9:18 | Change "Thompson" to "Cotner" |
| 9:20 | Change "Thompson" to "Cotner" |
| 10:11 | Change "Thompson" to "Cotner" |
| 10:16 | Change "Thompson" to "Cotner" |
| 10:21 | Change "Thompson" to "Cotner" |
| 11:24 | Change "Thompson" to "Cotner" |
| 12:24 | Change "Thompson" to "Cotner" |
| 13:2 | Change "Thompson" to "Cotner" |
| 13:5 | Change "Thompson" to "Cotner" |
| 13:8 | Change "Thompson" to "Cotner" |
| 13:11 | Change "Thompson" to "Cotner" |
| 13:14 | Change "Thompson" to "Cotner" |
| 13:17 | Change "Thompson" to "Cotner" |
| 13:20 | Change "Thompson" to "Cotner" |
| 13:23 | Change "Thompson" to "Cotner" |
| 14:7 | Change "Thompson" to "Cotner" |
| 14:9 | Change "Thompson" to "Cotner" |
| 14:14 | Change "Thompson" to "Cotner" |

| | |
|---|---|
| 14:17 | Change "Thompson" to "Cotner" |
| 14:22 | Change "Thompson" to "Cotner" |
| 15:9  | Change "Thompson" to "Cotner" |
| 15:12 | Change "Thompson" to "Cotner" |

Dated:  April 15, 2014

MILLER LAW GROUP
A Professional Corporation

By: /s/ Tracy Thompson
    Tracy Thompson
    Attorneys for Defendant
    UNITED AIRLINES, INC.

4843-3596-5722, v.  1

**ERRATA TO TRANSCRIPT OF PROCEEDINGS ON MARCH 25, 2014**
**Case No.: 4:12-cv-06574-SBA**