UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RAUL BONILLAS,<br><br>     Plaintiff,<br><br>  vs.<br><br>UNITED AIRLINES, INC., f.k.a. UNITED AIR LINES, INC. and DOES 1 through 10, inclusive,<br><br>     Defendants. | Case No:  C 12-6574 SBA<br><br>**ORDER MODIFYING PRETRIAL SCHEDULE** |

To facilitate the Court's consideration of the pending summary judgment motions (Dkt. 54, 93) and to ensure that the parties have an adequate opportunity to further discuss settlement without incurring additional cost, the Court modifies the Order for Pretrial Preparation (Dkt. 16) as set forth below:

   1.   Pretrial documents shall be filed by 6/24/14.

   2.   Motions in limine and objections to evidence shall be filed by 7/1/14; oppositions thereto shall be filed by 7/8/14; and replies shall be filed by 7/15/14.

   3.   The pretrial conference is CONTINUED to **7/29/14** at 1:00 p.m.

   4.   The trial date is CONTINUED to **8/4/14** at 8:30 a.m.

   5.   Plaintiff's Motions Relief from Non-Dispositive Order of Magistrate Judge (Dkt. 122, 123) shall be held in abeyance pending further order of the Court.

   IT IS SO ORDERED.

Dated:  May 7, 2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge