Tracy Thompson (SBN 88173)
 *tt@millerlawgroup.com*
Mary L. Guilfoyle (SBN 143308)
 *mlg@millerlawgroup.com*
Jennifer Cotner (SBN 255785)
 *jrc@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
UNITED AIRLINES, INC.
(f/k/a United Air Lines, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BONILLAS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED AIR LINES, INC. and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 4:12-cv-06574-SBA (EDL)<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE RELIEF FOR SHORT CONTINUANCE OF TRIAL DATE [Civ. L.R. 7-11]**<br><br>Complaint filed:  December 31, 2012<br>Trial Date: August 4, 2014 |

Now pending before the Court is Defendant's unopposed Motion for Administrative Relief for Short Continuance of Trial Date.  The Court finds this matter suitable for disposition without oral argument.  *See* Civ. L. Rule 7-11(c). Having carefully considered the papers submitted by the parties and the record of the case, the Court finds good cause to modify the Court's scheduling order and concludes that the motion should be GRANTED as follows:

The trial date is CONTINUED to **September 22, 2014**, at 8:30 a.m.

The pretrial conference is CONTINUED to **September 9, 2014**, at 1:00 p.m.

The pretrial filing schedule is modified as follows:  Pretrial documents shall be filed by **July 29, 2014**; and motions in limine and objections to evidence shall be due on **August 5, 2014**, responses thereto shall due on **August 12, 2014**, and replies shall be filed by **August 19, 2014**.

**IT IS SO ORDERED.**

Dated: 6/16/14

_____
Hon. Saundra Brown Armstrong
UNITED STATES DISTRICT JUDGE

4820-5249-6923, v. 1

**[PROPOSED]** ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF FOR SHORT CONTINUANCE OF TRIAL DATE – Case No.: 4:12-cv-06574-SBA