Spencer F. Smith
  *spencer@smithpatten.com*
Dow W. Patten
  *dow@smithpatten.com*
Smith Patten
353 Sacramento Street, Ste 1120
San Francisco, CA 94111
Tel. (415) 402-0084
Fax (415) 520-0104

Attorneys for Plaintiff
RAUL BONILLAS

Tracy Thompson (SBN 88173)
  *tt@millerlawgroup.com*
Jennifer Cotner (SBN 255785)
  *jrc@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
UNITED AIRLINES, INC.
(f/k/a United Air Lines, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BONILLAS, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED AIR LINES, INC. and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 4:12-cv-06574-SBA<br><br>**STIPULATION TO CONTINUE TRIAL DATE AND [PROPOSED] ORDER**<br><br><br>Trial Date: September 22, 2014<br>Complaint filed: December 31, 2012 |

The Parties, through their undersigned counsel of record, stipulate and agree as follows:

1. By Order dated June 16, 2014, the Court continued the trial date in this matter to September 22, 2014, the pretrial conference to September 9, 2014, and set a new schedule for pretrial filings. (Dkt. 137)

2. The Parties hereby stipulate and jointly request that the Court order that the trial be continued for one week to September 29, 2014, and the pretrial conference be continued one week to September 16, 2014. The Parties also request a continuance of the Court's pretrial filing schedule of one week for all dates.

3. Good cause exists for a one-week continuance of the trial, pretrial conference and pretrial filing deadlines on the following grounds:

    a. Lead defense counsel has a long-standing commitment to accompany her 90-year old father on an Honor Flight to recognize his service in World War II, and has already made plans to be on the east coast from September 18 through 23, 2014. (*See* Declaration of Tracy Thompson in Support of Stipulation to Continue Trial Date, ¶ 3).

    b. A short one-week continuance will not prejudice the parties or the Court.

    c. Defense counsel called the Court's deputy clerk and was advised that September 29, 2014 was available. (*Id.* ¶ 4)

3. This constitutes Defendant's second request for a one-week continuance in this action, to which Plaintiff stipulates.

1

**STIPULATION TO CONTINUE TRIAL DATE AND [PROPOSED] ORDER**
**Case No.: 4:12-cv-06574-SBA**

Dated:  June 26, 2014    SMITH PATTEN

By:  _____/s/_____
    Spencer F. Smith
    Dow W. Patten
    Attorneys for Plaintiff
    RAUL BONILLAS

Dated:  June 26, 2014    MILLER LAW GROUP
    A Professional Corporation

By:  _____/s/_____
    Tracy Thompson
    Jennifer Cotner
    Attorneys for Defendant
    UNITED AIRLINES, INC.
    (f/k/a United Air Lines, Inc.)

## ORDER

The Court finds good cause to modify its Order dated June 16, 2014 as follows:

The trial date is CONTINUED to September 29, 2014, at 8:30 a.m.  The pretrial conference is CONTINUED to September 16, 2014, at 1:00 p.m.  The pretrial filing schedule is modified as follows:  Pretrial documents shall be filed by August 5, 2014; motions in limine and objections to evidence shall be due on August 12, 2014; responses thereto shall be due on August 19, 2014; and replies shall be filed by August 26, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  June 25, 2014    _____
    SAUNDRA BROWN ARMSTRONG
    United States District Judge

4827-0743-8363, v.  1