1  Tracy Thompson (SBN 88173)
    *tt@millerlawgroup.com*
2  Mary L. Guilfoyle (SBN 143308)
    *mlg@millerlawgroup.com*
3  Jennifer Cotner (SBN 255785)
    *jrc@millerlawgroup.com*
4  MILLER LAW GROUP
5  A Professional Corporation
   111 Sutter Street, Suite 700
6  San Francisco, CA 94104
   Tel. (415) 464-4300
7  Fax (415) 464-4336

8  Attorneys for Defendant
9  UNITED AIRLINES, INC.
   (f/k/a United Air Lines, Inc.)
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  RAUL BONILLAS, an individual, | Case No.: 4:12-cv-06574-SBA |
| 15         Plaintiff, | |
| 16  v. | **[PROPOSED] ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO REQUEST ADDITIONAL BRIEFING SCHEDULE** |
| 17  UNITED AIR LINES, INC. and DOES 1 through 10, inclusive, | |
| 18 | |
| 19         Defendants. | Complaint filed:  December 31, 2012 |
| 20 | Trial Date: August 4, 2014 |

(Miller Law Group sidebar)

1  Now pending before the Court is Plaintiff's Motion for Administrative Relief for
2  Additional Briefing Schedule (Dkt. 133).  The Court finds this matter suitable for disposition
3  without oral argument.  See Civ. L. Rule 7-11(c).  Having carefully considered the papers
4  submitted by the parties and the record of the case, the Court concludes that Plaintiff's Motion
5  should be DENIED in full.

6

7  **IT IS SO ORDERED.**

8

9  Dated: _____June 24__, 2014         _____
10                                               Hon. Saundra Brown Armstrong
                                                 UNITED STATES DISTRICT JUDGE

15  4846-2946-4091, v. 1

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
CALIFORNIA

1
[PROPOSED] ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO REQUEST ADDITIONAL BRIEFING SCHEDULE – Case No.: 4:12-cv-06574-SBA