UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RAUL BONILLAS, an individual,<br><br>   Plaintiff,<br><br> vs.<br><br>UNITED AIR LINES, INC., and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No:  C 12-6574 SBA<br><br>**ORDER VACATING TRIAL DATE** |

  Presently pending before the Court is Defendant's Motion for Summary Judgment and Plaintiff's Motion for Summary Adjudication of Affirmative Defenses.  Because the resolution of these motions may affect the substance of the parties' pretrial filings and the scope of trial, the Court finds that the interests of judicial economy and conserving the parties' resources warrant holding the schedule for pretrial filings in abeyance, and vacating the pretrial conference and trial date.  Upon resolution of the pending motions, the Court will reschedule these matters, if appropriate.

  IT IS SO ORDERED.

Dated:  August 4, 2014

              _____
              SAUNDRA BROWN ARMSTRONG
              United States District Judge