Spencer F. Smith
  *spencer@smithpatten.com*
Dow W. Patten
  *dow@smithpatten.com*
Smith Patten
353 Sacramento Street, Ste 1120
San Francisco, CA 94111
Tel. (415) 402-0084
Fax (415) 520-0104

Attorneys for Plaintiff
RAUL BONILLAS

Tracy Thompson (SBN 88173)
  *tt@millerlawgroup.com*
Janine S. Simerly (SBN 102361)
  *jss@millerlawgroup.com*
Jennifer Cotner (SBN 255785)
  *jrc@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
UNITED AIRLINES, INC.
(f/k/a United Air Lines, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BONILLAS, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED AIR LINES, INC. and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: 4:12-cv-06574-SBA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING TRIAL EXHIBIT NUMBERING**<br><br>Trial Date: September 29, 2014<br>Complaint filed:  December 31, 2012 |

The parties, through their undersigned counsel of record, stipulate and agree as follows:

WHEREAS, the Court, in its Order for Pre-Trial Preparation, directed that: "Plaintiffs shall refer to their exhibits numerically and Defendants shall label theirs alphabetically."

WHEREAS, because of the number of documents the parties intend to use at trial, for ease of the parties and the Court, and to avoid any potential jury confusion, the parties hereby stipulate that Plaintiff shall use the numbers 1 - 499 to refer to his trial exhibits, and Defendant shall use numbers beginning with 500, *et seq.*, to refer to its exhibits for trial.

Dated:  August 4, 2014

SMITH PATTEN

By:  /s/ Dow W. Patten
Spencer F. Smith
Dow W. Patten
Attorneys for Plaintiff
RAUL BONILLAS

Dated:  August 4, 2014

MILLER LAW GROUP
A Professional Corporation

By:  /s/ Jennifer Cotner
Tracy Thompson
Jennifer Cotner
Janine S. Simerly
Attorneys for Defendant
UNITED AIRLINES, INC.
(f/k/a United Air Lines, Inc.)

1

**STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL EXHIBIT NUMBERING**
**Case No.: 4:12-cv-06574-SBA**

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated: 8/4/2014

*Saundra B. Armstrong*
Hon. Saundra B. Armstrong
Judge of the U.S. District Court