UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RAUL BONILLAS, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>UNITED AIR LINES, INC., and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No:  C 12-6574 SBA<br><br>**JUDGMENT** |

    In accordance with the Court's Order Granting Defendant's Motion for Summary Judgment,

    IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendant

    IT IS SO ORDERED.

Dated:  August 18, 2014

    _____
SAUNDRA BROWN ARMSTRONG
United States District Judge