```
SPENCER F. SMITH, ESQ. (SBN: 236587)
DOW W. PATTEN, ESQ. (SBN:135931)
SMITH PATTEN
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104
```

Attorneys for  RAUL BONILLAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BONILLAS, an individual ) | Case No. C 12-6575 SBA-EDL |
| ) | |
| Plaintiff, ) | **NOTICE OF APPEAL** |
| ) | |
| v. ) | |
| ) | |
| UNITED AIR LINES, INC., and DOES 1 ) through 10, inclusive, ) | |
| ) | |
| Defendants. ) | |

    Plaintiff, RAUL  BONILLAS, through his attorneys of record herein, hereby gives notice, pursuant to Rule 3 of the Federal Rules of Appellate Procedure, and hereby appeals to the United States Court of Appeals for the Ninth Circuit the following orders and judgment entered in this matter by the United States District Court for the Northern District of California:

1. Order Granting in Part and Denying in Part Defendant's Motion for Sanctions for Discovery Abuse As Modified (Dkt#114)

2. Order Denying Plaintiff's Administrative Motion to Request Additional Briefing Schedule (Dkt #140)

3. Order Granting Defendant's Motion for Summary Judgment (Dkt # 145)

1    4.   Judgment (Dkt # 146)

Respectfully submitted this 26$^h$ day of August , 2014

                                               SMITH PATTEN

                                        /s/ *Spencer F. Smith*
                                         Dow W. Patten, Esq
                                         Spencer F. Smith, Esq
                                         Attorneys for Plaintiff
                                         Raul Bonillas

NOTICE OF APPEAL                                                                                        Case No.:   C 12-6575 SBA-EDL