UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAUL BONILLAS,

    Plaintiff,

v.

UNITED AIRLINES, INC.,

    Defendant.

No. 4:12-cv-06574 SBA (EDL)

NOTICE OF REFERENCE, TIME AND PLACE OF HEARING

TO ALL PARTIES AND COUNSEL OF RECORD:

Defendant's Motion for Attorneys' Fees (Dkt. 149) has been referred to Chief Magistrate Judge Elizabeth Laporte for report and recommendation. A hearing regarding the aforementioned motion is set for October 14, 2014, at 2:00 p.m., in Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

The briefing schedule as set by Local Rule 7-3 shall remain unchanged.

LAW AND MOTION HEARING PROCEDURES

All filings of documents relating to motions referred to Magistrate Judge Laporte shall list the civil case number and the District Court Judge's initials followed by the designation "(EDL)".

Except as noted above, all documents shall be filed in compliance with Civil Local Rules 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered by the Court.

If documents are filed electronically, courtesy copies shall be provided in accordance with Civil Local Rule 5-1(e)(7).

Dated: September 4, 2014

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge