```
SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN: 236587)
DOW W. PATTEN, ESQ. (SBN: 135931)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone: (415) 402-0084
Facsimile: (415) 520-0104

Attorneys for Plaintiff
RAUL BONILLAS
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BONILLAS, an individual,<br><br>        Plaintiff,<br><br>        vs.<br><br>UNITED AIR LINES, INC. and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 4:12-cv-06574-SBA<br><br>**DECLARATION OF DOW W. PATTEN IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Date:        November 18, 2014<br>Time:        9:00 a.m.<br>Courtroom:  E: 15th Floor<br>Judge:       Hon. Elizabeth D. Laporte |

I, DOW W. PATTEN, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am counsel of record for Plaintiff Raul Bonillas. I make this declaration based on my own personal knowledge. If sworn as a witness, I could and would testify competently to the following facts.

2. Attached hereto as Exhibit "A" are true and correct copies of portions of the deposition transcript of Raul Bonillas taken in this matter.

3.    Attached hereto as Exhibit "B" is a true and correct copy of United/Bonillas-002631, which was produced by United in response to Plaintiff's Rule 45 Requests for Production of Documents during the course of this litigation.

4.    On July 28, 2014, I sent a letter to Defendant's counsel offering, for the purposes of narrowing the issues for trial and as part of the pretrial planning process to reduce the number of claims in the matter, and requesting action on the part of Defendant in return.   Both I and opposing counsel, Janine Simerly, treated these communications as settlement communications.

5.    On August 1, 2014, United responded to this request, but the communication did not result in a settlement of those claims.

6.    Plaintiff propounded normal discovery in this matter, and sought to take the depositions of the individuals who had direct knowledge of Plaintiff's protected activities, his disabilities, and the various adverse actions to which he was subjected.

7.    As part of the ordinary discovery, Defendant's counsel, Tracy Thompson, early in the process, began to violate the local rules (L.R. 30-1) by sending notices of deposition without attempting to determine counsel or Plaintiff's availability.  Ms. Thompson proceeded, throughout the litigation, to violate L.R. 1-5(n) by sending repeated unformatted emails at all hours and calling the emails "our attempt to meet and confer."

8.    Defendant's counsel made discovery extremely difficult in this matter by engaging in lengthy meet and confer sessions, not resolving discovery disputes, demanding a court reporter at for any oral communication, making serial, surprise production of documents, engaging in routine and indiscriminate overdesignation of confidential information under the Stipulated Protective Order, all with the apparent attempt to increase the acrimony between counsel and costs of litigation.

9.     Consistent with its pattern in this case, Defendant's counsel did not meet and confer (as defined by L.R. 1-5(n)) with Plaintiff's counsel concerning the filing of the Motion for Attorneys' fees, did not call our office, and instead returned to sending repeated emails that did not address the substance of the communications.

10.    Smith Patten is counsel of record for other Plaintiffs against United Airlines in two other matters currently pending before this Court: *Cooper v. United Airlines, Inc*. Case No.: 13-cv-2870 JSC, and *Barcenas v. United Airlines, Inc*., Case No.: 14-cv-2504-JSW. Miller Law Group, with Tracy Thompson as "lead counsel" defends United in each of these cases. By obtaining the relief requested by the Motion for Attorneys' fees, a potentially firm- crippling fee award against Smith Patten, Tracy Thompson would obtain substantial advantage in the *Cooper* and *Barcenas* matters pending before this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 16th day of September, 2014          /S/ DOW W. PATTEN

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address in 353 Sacramento St., Suite 1120, San Francisco, CA 94111.

On September 16, 2014  I served the documents described as:

**PLAINTIFF'S MEMORANDUM OF POINTS AND UATHORITIES IN  IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

on the party(ies) listed below, addressed as follows:

Tracy Thompson
Jennifer Cotner
MILLER LAW GROUP
111 Sutter Street, Suite 700
San Francisco, CA. 94104


by hand delivery.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 16, 2014 at San Francisco, California.

                                                          /s/   Dow W. Patten