UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RAUL BONILLAS, an individual,<br><br>   Plaintiff,<br><br>  vs.<br><br>UNITED AIR LINES, INC., and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No: C 12-6574 SBA<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Dkt. 172 |

  Defendant's Motion for Administrative Relief for Ruling on Motions Held in Abeyance is DENIED WITHOUT PREJUDICE based on Defendant's failure to certify in writing that, prior to filing said motion, it met and conferred with Plaintiff in an effort to resolve the instant matter without judicial intervention. See Standing Orders, Dkt. 10, 2:20-22.

  IT IS SO ORDERED.

Dated: 11/19/14

             _Saundra B Armstrong_
             SAUNDRA BROWN ARMSTRONG
             United States District Judge