UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RAUL BONILLAS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED AIR LINES, INC., and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No: C 12-6574 SBA<br><br>**ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION REGARDING POSTING ON PLAINTIFF'S COUNSEL'S WEBSITE**<br><br>Dkt. 177 |

On October 19, 2014, the Court granted Defendant's motion for summary judgment and entered judgment accordingly. Dkt. 145, 146. Plaintiff filed a Notice of Appeal on August 26, 2014. Dkt. 147.

On December 5, 2014, Defendant filed the instant administrative motion seeking a Court order "directing Plaintiff's counsel, the law firm of Smith Patten, to take down a posting on their firm website concerning this action." Dkt. 177 at 2.

Administrative motions are typically limited to matters pertaining to filings, such as "motions to exceed otherwise applicable page limitations or motions to file documents under seal, for example." Civ. L.R. 7-11. The instant motion seeks affirmative injunctive relief and is not the proper subject of an administrative motion. In addition, it is unclear whether the Court has jurisdiction to consider Defendant's request. Accordingly,

IT IS HEREBY ORDERED THAT Defendant's Motion for Administrative Relief Regarding Posting on Plaintiff's Counsel's Website is DENIED, without prejudice to renewal as a noticed motion. In the event Defendant refiles a noticed motion, said motion is referred to Magistrate Judge Elizabeth Laporte for a report and recommendation.

IT IS SO ORDERED.

Dated: 12/8/14

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge