**1**

**2**

**3**

**4**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **5** RAUL BONILLAS, an individual, | Case No:  C 12-6574 SBA |
| **6**      Plaintiff, | **ORDER DIRECTING PLAINTIFF TO FILE A RESPONSE TO** |
| **7**    vs. | **DEFENDANT'S MOTION FOR DE NOVO DETERMINATION OF** |
| **8** UNITED AIR LINES, INC., and DOES 1 through 10, inclusive, | **DISPOSITIVE MATTER REFERRED TO MAGISTRATE** |
| **9** | **JUDGE** |
| **10**      Defendants. | Dkt. 193 |

**11**     On August 19, 2014, the Court granted Defendant's motion for summary judgment

**12** and entered judgment accordingly.  Dkt. 145, 146.  Defendant then filed a motion for

**13** attorney's fees, which the Court referred to Magistrate Judge Elizabeth D. Laporte ("the

**14** Magistrate") for a report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B) and

**15** Fed. R. Civ. P. 72(b).  Dkt. 149, 151.  On February 18, 2015, the Magistrate issued her

**16** report and recommendation, recommending that the Court deny Defendant's motion.  Dkt.

**17** 191.

**18**     On March 4, 2015, Defendant timely filed a Motion for De Novo Determination of

**19** Dispositive Matter Referred to Magistrate Judge, which is noticed for hearing on April 14,

**20** 2015.  Dkt. 193.  Under the Court's Local Rules, Plaintiff's response to Defendant's motion

**21** should have been filed by no later than March 18, 2015.  Civ. L.R. 7-3(a).  To date, no

**22** opposition has been filed by Plaintiff.  Although Plaintiff's lack of response may be

**23** construed as a consent to the relief sought in Defendant's motion, the preferable course of

**24** action in this instance is to consider the motion on the merits.  See Omstead v. Dell, Inc.,

**25** 594 F.3d 1081, 1084 (9th Cir. 2010).  Accordingly,

**26** //

**27** //

**28** //

1

IT IS HEREBY ORDERED THAT:

2

1.      Plaintiff shall file his opposition, or statement of non-opposition, to

3

Defendant's Motion for De Novo Determination of Dispositive Matter Referred to

4

Magistrate Judge, by no later than **April 9, 2015**.

5

2.      Defendant shall file its reply by **April 14, 2015**.

6

3.      The Court will resolve the motion without a hearing, pursuant to Civil Local

7

Rule 7-1(b).  The motion hearing scheduled for April 14, 2015 is VACATED.

8

IT IS SO ORDERED.

9

Dated:  4/2/15

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28