Tracy Thompson (CA State Bar No. 88173)
M. Michael Cole (CA State Bar No. 235538)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email:            tracythompson@dwt.com
                     michaelcole@dwt.com

Attorneys for Defendants UNITED AIRLINES, INC.
(f/k/a United Air Lines, Inc.)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| RAUL BONILLAS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED AIR LINES, INC. and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 4:12-cv-06574-SBA<br><br>**NOTICE OF CONSENT TO SUBSTITUTION OF COUNSEL FOR DEFENDANTS; [~~PROPOSED~~] ORDER GRANTING SUBSTITUTION OF COUNSEL** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, subject to approval by the Court, Defendant UNITED AIRLINES, INC. here by substitutes Tracy Thompson and M. Michael Cole of the law firm Davis Wright Tremaine LLP as counsel of record in place of Miller Law Group in the above-captioned matter.

All filings, pleadings, orders, discovery, correspondence and notices should henceforth be served upon the following:

Tracy Thompson (CA State Bar No. 88173)<br>
M. Michael Cole (CA State Bar No. 235538)<br>
Davis Wright Tremaine LLP<br>
505 Montgomery Street, Suite 800<br>
San Francisco, CA 94111<br>
Phone: (415) 276-6500<br>
Fax:    (415) 276-6599<br>
Email: tracythompson@dwt.com<br>
michaelcole@dwt.com

1
**SUBSTITUTION OF COUNSEL**
Case No. 4:12-cv-06574-SBA
DWT 27149044v1 0085000-000875

The undersigned hereby consent to the above substitution of counsel.

DATED: June 23, 2015

UNITED AIRLINES, INC.

By: _/s/ Vania M. Wit_
Vania M. Wit
Associate General Counsel
United Airlines, Inc.

DATED: June 23, 2015

MILLER LAW GROUP

By: _/s/ Walter Stella_
Walter Stella
Withdrawing Attorneys for Defendant
United Airlines, Inc.

DATED: June 23, 2015

DAVIS WRIGHT TREMAINE LLP

By: _/s/ Tracy Thompson_
Tracy Thompson
M. Michael Cole
Substituting Attorneys for Defendant
United Airlines, Inc.

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: June 23, 2015

DAVIS WRIGHT TREMAINE LLP

By: _/s/ Tracy Thompson_
Tracy Thompson
M. Michael Cole

The above Substitution of Counsel is approved and IT IS SO ORDERED.

DATED: June 23, 2015

_[signature]_
Honorable Saundra Brown Armstrong
United States District Court Judge